# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

VERA CLAIBORNE

: CIVIL ACTION

: NUMBER: 14-00483

VERSUS

: JUDGE SHELLY D. DICK

RECOVERY SCHOOL DISTRICT,
ET AL.

: MAGISTRATE JUDGE
  RICHARD L. BOURGEOIS

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned notary, personally came and appeared:

### Margaret A. Collier

who, after being first duly sworn, did state that:

I am counsel of record for the defendant. No settlement conference was held; however, counselors of record have discussed settlement of this case in good faith. No settlement has been reached at the time of the finalization of this affidavit.

**The above is true and correct to the best of my information and belief and based on my personal knowledge.**

_____
Margaret A. Collier

SWORN TO AND SUBSCRIBED BEFORE ME on the _27th day of
April, 2016 at Baton Rouge, Louisiana.

_____
Stacey Johnson
#27331
1885 N. 3rd St.
Baton Rouge, Louisiana
70802