UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VERA CLAIBORNE                                                      CIVIL ACTION

VERSUS

RECOVERY SCHOOL DISTRICT, ET AL.                 14-483-SDD-RLB

## JUDGMENT

For the reasons outlined in this Court's *Ruling*[1] dated June 1, 2016 in the above captioned matter;

*Judgment* is hereby entered in favor of the Defendant, the Recovery School District, and this matter is dismissed with prejudice.

Signed in Baton Rouge, Louisiana on <u>June 2, 2016</u>.

                                            *Shelly D. Dick*
                                       **JUDGE SHELLY D. DICK**
                                       **UNITED STATES DISTRICT COURT**
                                       **MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 36.